```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               )<br>  Plaintiff,        )<br>               )  8:05CR312<br>  v.              )<br>               )<br>VERONICA JIMENEZ      )   ORDER<br>               )<br>  Defendant.       )| |

IT IS ORDERED:

1. An evidentiary hearing on the motion of defendant Jimenez to suppress evidence, filing 15, will be held before the undersigned on December 20, 2005 at 1:00 p.m. in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The hearing is scheduled for a duration of two hours. In the event counsel believe additional time is or may be necessary, they should contact my courtroom deputy as soon as practicable.

2. Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least two working days prior to the hearing.

3. The trial of this case, as pertains to ALL defendants, is continued until further order of the court following resolution of outstanding motions.

Dated September 21, 2005

                 BY THE COURT

                 s/ *David L. Piester*
                 David L. Piester
                 United States Magistrate Judge