IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR312 |
| | ) | |
| v. | ) | |
| | ) | |
| VERONICA JIMENEZ, | ) | REPORT, RECOMMENDATION |
| | ) | AND |
| | ) | ORDER |
| Defendant. | ) | |

   At the conclusion of the hearing this date on the defendant's motion to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motion to suppress be granted in part and otherwise denied.  In accordance with that announcement,

   IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motion to suppress, filing 15, be granted insofar as concerns any and all statements made by the defendant from the moment she was handcuffed until the moment, after having been read her Miranda rights, that she agreed to speak with Officer Oetter, and that the motion be denied in all other respects.

   FURTHER, IT HEREBY IS ORDERED,

   1.  The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

   2.  Counsel are given ten days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation.  The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

   3.  Trial of this matter is set to commence at 9:00 a.m., February 27, 2006 for a duration of two trial days before the

Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

    Dated December 20, 2005.

                                        BY THE COURT

                                        s/ *David L. Piester*
                                        United States Magistrate Judge