IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR312 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VERONICA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for an enlargement of time (filing 24) is granted, as follows:

The parties shall each have until January 17, 2006, to file a statement of objections to the magistrate judge's report and recommendation (filing 19).

January 11, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge