IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR312 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VERONICA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for judgment of acquittal or in the alternative a new trial (filing 45) is denied.

March 9, 2006.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge