IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR312 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VERONICA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to continue sentencing (filing 56) is granted;

(2)     Defendant Jimenez's evidentiary hearing and sentencing are continued to Monday, September 11, 2006, from 12:30-1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 10, 2006.                                       BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge