IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR312 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VERONICA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The Clerk of Court shall file the defendant's attached motion for appointment of counsel in the court file.

(2)   The defendant's motion for appointment of counsel is denied.

June 15, 2007.                     BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge