IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:05CR312 |
| VERONICA JIMENEZ, | ) ) ) | |
| Defendant. | ) | |

### **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Response Deadline, filing 98, until Friday, February 1, 2008. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file her reply and supporting brief in the above captioned matter no later than Friday, February 1, 2008.

Dated this 15th day of January, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge