IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR312 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| VERONICA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered for the United States of America, and against the defendant, Veronica Jimenez, providing that the defendant shall take nothing, and her motion to vacate, set aside, or correct her sentence (filing 93) is denied on the merits and this § 2255 proceeding is dismissed with prejudice.

February 13, 2008.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge